648

Daniel Johnson WILLIS,
Plaintiff–Appellant,

and

Lionel Meadows; Albert L. Meadows;
Furney Mundine; Albert H. Brown;
Dora Miller; Bayron Green; Lena
Brown; Ernestine Brown; Anita B.
Brown; Hannah C. Gray; Nelson
Dove; Debra Cureton; Phyllis Brown,
Plaintiffs,

v.

TOWN OF TRENTON, North Carolina;
Joffree T. Leggett, Former Mayor of
the Town of Trenton, North Carolina;
Edward Eubanks; Willard O. Lewis;
Charles Jones, Councilmen of the
Town of Trenton, North Carolina; C.
Glenn Spivey, Town Clerk; McDavid
And Associates; Richard Moore, En-
gineer for the Town of Trenton, North
Carolina; Mayor and Council of Tren-
ton, North Carolina; Sylvia A. Willis;
Jones County Board of Elections;
Richard C. Tyndall, Jr.; James M.
Bender, Jr.; Will H. Brock; Gail Lee,
and their successors; Susan Camaret,
Secretary, Board of Elections; Mi-
chael Jenkins, member, Board of
Elections and/or their successors;
Veterans Administrator for the Coun-
ty of Jones; Jones County, North Car-
olina, Defendants–Appellees,

and

State of North Carolina, and its entities;
Bill Meyers, Director, North Carolina
Department of Environmental Health
and Natural Resources; Dexter Mat-
thews, Chief, Division of Solid Waste;
J. Bobby Blowe, Chief, Construction
Grants; James C. Kearney, Director,
Rural Economic and Community De-
velopment; John H. Hankinson, Jr.,
Director, United States Environmen-
tal Protection Agency, Region IV;
Mario Machado, Chief, Construction
Grants, their successors and agents;
Edwin W. Causey, as Rural Develop-
ment Manager; Willard R. Dean, as
Director of Business and Utilities Di-
vision; Janet Reno, Attorney General
of the United States; Janice M. Cole,
Defendants.

No. 02–1510.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Nov. 15, 2002.

Daniel Johnson Willis, Appellant Pro Se.
Andrew David Jones, Dunn, Dunn & Stol-
ler, New Bern, North Carolina; James M.
Ayers, II, New Bern, North Carolina, for
Appellees.

Before WILLIAMS and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Daniel Johnson Willis appeals the dis-
trict court's order entering a pre-filing in-
junction against him. We have reviewed
the record and the district court's opinion
and find no reversible error. Accordingly,
we affirm on the reasoning of the district
court. *See Willis v. Town of Trenton,*
Nos. CA–96–6–4; CA–99–116–4; CA–01–
13–4; CA 01–133–4; CA–01–159–4
(E.D.N.C. Apr. 5, 2002). We dispense
with oral argument because the facts and

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*